# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

# Voluntary Petition

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Phillips Cattle Company, Inc. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 95-2481391 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>345 N. Maple Drive<br>Suite 296<br>Bevery Hills, California     ZIP CODE 90210 | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>Debtor's assets are located in various locations on the west coast     ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See *Exhibit D on page 2 of this form*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. §101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] other
  Feed Yard

**Tax-Exempt Entity** Check one box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,00 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

American LegalNet, Inc.
www.FormsWorkflow.com

Form B1 (Official Form 1) (Rev. 1/08)    2008 USBC, Central District of California

| **Voluntary Petition** (This page must be completed and filed in every case.) | Name of Debtor(s): Phillips Cattle Company, Inc. | FORM B1, Page 2 |

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

American LegalNet, Inc.
www.FormsWorkflow.com

Form B1 (Official Form 1) (Rev. 1/08)            2008 USBC, Central District of California

| **Voluntary Petition**<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>Phillips Cattle Company, Inc. | FORM B1, Page 3 |
|---|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X  /s/ (signature)
Signature of Attorney for Debtor(s)
**Leslie A. Cohen**
Printed Name of Attorney for Debtor(s)
**LESLIE COHEN LAW, PC**
Firm Name
**506 Santa Monica Blvd. Suite 200**
Address
**Santa Monica, CA 90401**
**310.394.5900**
Telephone Number

4/20/10      93698
Date            Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Phil Bauer**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
4-20-10
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

American LegalNet, Inc.
www.FormsWorkflow.com

Verification of Creditor Mailing List - (Rev. 10/05)                                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name  Leslie A. Cohen (SBN 93698)

Address  Leslie Cohen Law PC
506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401

Telephone  310.394.5900

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: |
|---|---|
| Phillips Cattle Company, Inc. | Chapter: 11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of  6  sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  4-20-10

Debtor
Phil Bauer, President

_____    _____
Attorney (if applicable)              Joint Debtor

American LegalNet, Inc.
www.USCourtForms.com

Phillips Cattle Company, Inc.
345 N. Maple Drive
Suite 296
Beverly Hills, CA 90210


Leslie A. Cohen
506 Santa Monica Blvd
Suite 200
Santa Monica, CA 90401


Office of United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017

Adrienne Krashin
9005 Glen Court
Fairfax, VA 22031


Allied National
P.O. Box 29188
Shawnee Mission, KS 66201-9188


Baker Commodities
4020 Bandini Blvd.
Vernon, CA 90058


Bank Of America
P.O. Box 45224
Jacksonville, FL 32232-5224


Bauer Family Trust
Attn: Phil Bauer
345 N. Maple Dr., Ste 296
Beverly Hills, CA 90210


Bauer Family Trust
Joan Bauer Farm Account
Attn: Joan Bauer
345 N. Mapble Dr., Ste 296
Beverly Hills, CA 90210


Beth Alexander
1530 5th Street #409
Santa Monica, CA 90401


CJ Cattle Co.
Attn: Charles Johnson
636 State Street
El Centro, CA 92243

Danielle Deutschman
1061 Villa View Drive
Pacific Palisades, CA 90272


David Deutschman
1061 Villa View Drive
Pacific Palisades, CA 90272


Eleanor Bauer Estate
Attn Judy Coulton
5112 Lakeside Drive
Palm Springs, CA 92264


Imperial Irrigation District
P.O. Box 937
Imperial, CA 92251


Indian Ink
P.O. Box 9254
Amarillo, TX 79105


Jenny Krashin
9005 Glen Court
Fairfax, VA 22031


Jerome Bauer
345 N Maple Dr. Ste 296
Beverly, Hills, CA 90210


Joan Bauer Estate Trust
345 N. Maple Dr., Ste 296
Beverly Hills, CA 90210

Joseph A. Coulton
69270 Nilda Drive
Cathedral City, CA 92234


Judy Coulton
5112 Lakeside Drive
Palm Springs, CA 92264


Nathan Alexander Bauer
345 N Maple Dr. Ste 296
Beverly, Hills, CA 90210


Nationwide Agribusiness
Attn Allen Tyler
PO box 10491
Des Moines, IA 50306-0491


Phillip Himmelfarb Testamentory Trust
FBO Joan Bauer
345 N. Maple Dr., Ste 296
Beverly Hills, CA 90210


Phillip Himmelfarb Testamentory Trust
Attn Sandra Ramalho
345 N. Maple Dr., Ste 296
Beverly Hills, CA 90210


Phillips Himmelfarb Trust
Attn Phil Bauer
345 N. Maple Dr., Ste 296
Beverly Hills, CA 90210


Rebecca Krashin
9005 Glen Court
Fairfax, VA 22031

Robert and Ellen Deutschman Family Trust
Attn Robert Deutschman
1061 Villa View Drive
Pacific Palisades, CA 90272


Robert Bauer
345 N Maple Dr. Ste 296
Beverly, Hills, CA 90210


Ruth Himmelfarb Great Grandchildren Trust
Attn: Phil Bauer
345 N. Maple Dr., Ste 296
Beverly Hills, CA 90210


Sandra B Ramalho Trust
PO Box 477
Carpinteria, CA 93013


Stacy Bauer
345 N. Maple Dr., Ste 296
Beverly Hills, CA 90210


Talia Bauer
345 N Maple Dr. Ste 296
Beverly, Hills, CA 90210


Wells Fargo Bank
PO Box 7674
San Francisco, CA 94120


Western Meats DBA Agri Feed Industries
Attn Phil Bauer
PO Box 728
Imperial, CA 92251

Westway
365 Canal Street
Suite 2900
New Orleans, LA 70130

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District Of California

In re Phillips Cattle Company, Inc.,
        Debtor

Case No. _____

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| WELLS FARGO BANK SOUTHERN AREA DIV. - LA P.O. BOX 7674 SAN FRANCISCO, CA 94120-9729 | Brian Carrico Wells Fargo Bank PO Box 7674 San Francisco, CA 94120 213-253-6883 | Loan | | 19,835,391.69 |
| BAUER FAMILY TRUST JOAN BAUER FARM ACCOUNT 345 N. MAPLE DR. STE 296 BEVERLY HILLS, CA 90210 | Joan Bauer Bauer Family Trust Joan Bauer Farm Account 345 N. Maple Dr., Ste 296 Beverly Hills, CA 90210 310-724-8904 | Loan | | 554,146.05 |
| CJ CATTLE CO. 636 STATE ST EL CENTRO, CA 92243 | Charles Johnson CJ Catte Co. 636 State Street El Centro, CA 92243 760-352-6371 | prepaid fee | | 482,366.22 |
| PHILLIP HIMMELFARB TESTAMENTORY TRUST FBO JOAN BAUER 345 N. MAPLE DR. STE 296 BEVERLY HILLS, CA 90210 | Joan Bauer Phillip Himmelfarb Testamentory Trust FBO Joan Bauer 345 N. Maple Dr., Ste 296 Beverly Hills, CA 90210 310-724-8904 | Loan | | 424,385.38 |

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| | | | |
|---|---|---|---:|
| BAUER FAMILY TRUST<br>345 N MAPLE DR., STE 296<br>BEVERLY HILLS, CA 90210 | Phil Bauer<br>Bauer Family Trust<br>345 N. Maple Dr., Ste 296<br>Beverly Hills, CA 90210<br>310-724-8904 | Loan | 401,599.89 |
| JOAN BAUER ESTATE TRUST<br>345 N. MAPLE DR. STE 296<br>BEVERLY HILLS, CA 90210 | Joan Bauer<br>Joan Bauer Estate Trust<br>345 N. Maple Dr., Ste 296<br>Beverly Hills, CA 90210<br>310-724-8904 | Loan | 303,835.24 |
| BETH ALEXANDER,<br>STACY BAUER,<br>RACHEL ALEXANDER<br>1530 5TH ST. #409<br>SANTA MONICA, CA 90401 | Beth Alexander<br>1530 5th Street #409<br>Santa Monica, CA 90401 | Loan | 297,775.28 |
| JEROME BAUER<br>345 N MAPLE DR., STE 296<br>BEVERLY HILLS, CA 90210 | Jerome Bauer<br>345 N Maple Dr. Ste 296<br>Beverly, Hills, CA 90210<br>310-202-1644 | Loan | 235,460.36 |
| JUDY COULTON<br>5112 LAKESIDE DRIVE<br>PALM SPRINGS, CA 92264 | Judy Coulton<br>5112 Lakeside Drive<br>Palm Springs, CA 92264<br>760-324-7206 | Loan | 227,278.28 |
| PHILLIP HIMMELFARB TESTAMENTORY TRUST FBO SANDRA RAMALHO<br>345 N. MAPLE DR. STE 296<br>BEVERLY HILLS, CA 90210 | Sandra Ramalho<br>Phillip Himmelfarb<br>Testamentory Trust<br>345 N. Maple Dr., Ste 296<br>Beverly Hills, CA 90210<br>310-724-8904 | Loan | 206,693.58 |
| PHILLIPS HIMMELFARB TRUST<br>345 N. MAPLE DR., STE 296<br>BEVERLY HILLS, CA 90210 | Phil Bauer<br>Phillips Himmelfarb Trust<br>345 N. Maple Dr., Ste 296<br>Beverly Hills, CA 90210<br>310-724-8904 | Loan | 169,628.87 |
| RUTH HIMMELFARB GREAT GRANDCHILDRED TRUST<br>345 N MAPLE DR., STE 296<br>BEVERLY HILLS, CA 90210 | Phil Bauer<br>Ruth Himmelfarb Great Grandchildren Trust<br>345 N. Maple Dr., Ste 296<br>Beverly Hills, CA 90210<br>310-724-8904 | Loan | 166,708.46 |
| WESTERN MEATS DBA AGRI FEED INDUSTRIES<br>P.O. BOX 728<br>IMPERIAL, CA 92251 | Phil Bauer<br>Western Meats DBA Agri Feed Industries<br>PO Box 728<br>Imperial, CA 92251<br>760-355-1175 | Feed bill | 154,462.20 |
| STACY BAUER<br>345 N. MAPLE DR. STE 296<br>BEVERLY HILLS, CA 90210 | Stacy Bauer<br>345 N. Maple Dr., Ste 296<br>Beverly Hills, CA 90210<br>323-650-9794 | Loan | 66,938.37 |

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| | | | |
|---|---|---|---:|
| NATIONWIDE AGRIBUSINESS P.O. BOX 10491 DESMOINES, IA 50306-0491 | Allen Tyler Nationwide Agribusiness PO Box 10491 Des Moines, IA 50306-0491 1-800-228-6700 | Liability Insurance | 50,645.00 |
| ELEANORS BAUER ESTATE - JUDY D COULTON 5112 LAKESIDE DRIVE PALM SPRINGS, CA 92264 | Judy Coulton Eleanor Bauer Estate 5112 Lakeside Drive Palm Springs, CA 92264 760-324-7206 | Loan | 46,954.21 |
| ROBERT AND ELLEN DEUTSCHMAN FAMILY TRUST 1061 VILLA VIEW DRIVE PACIFIC PALISADES, CA 90272 | Robert Deutschman Robert and Ellen Deutschman Family Trust 1061 Villa View Drive Pacific Palisades, CA 90272 310-466-7552 | Loan | 39,845.95 |
| JENNY KRASHIN 9005 GLEN COURT FAIRFAX, VA 22031 | Jenny Krashin 9005 Glen Court Fairfax, VA 22031 703-280-2989 | Loan | 35,475.15 |
| SANDRA B. RAMALHO TRUST P.O. BOX 477 CARPINTERIA, CA 93013 | Sandra Ramalho Sandra B Ramalho Trust PO Box 477 Carpinteria, CA 93013 310-724-8904 | Loan | 34,757.99 |
| DANIELLE DEUTSCHMAN 1061 VILLA VIEW DRIVE PACIFIC PALISADES, CA 90272 | Danielle Deutschman 1061 Villa View Drive Pacific Palisades, CA 90272 310-466-7552 | Loan | 34,292.31 |

Date: 4-20-10

_____
Debtor
Phil Bauer, President

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

CERTIFICATE OF PHILLIPS CATTLE COMPANY, INC., AUTHORIZING FILING
OF PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Phil Bauer do hereby certify:

1. That I am the President of Phillips Cattle Company, Inc.

2. On April 20, 2010, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

RESOLVED, that the President of this corporation be and he is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and for the best interests of this corporation, its creditors, stockholders and other interested parties, that a Petition be filed by this corporation under the provisions of Chapter 11 of the Bankruptcy Code.

FURTHER RESOLVED that, if the President of this corporation shall make such a determination, then a Petition under said Chapter 11 shall be filed as submitted by the President of the corporation and the same hereby is approved and adopted in all respects, and that the President of this corporation is hereby authorized and directed, on behalf of and in the name of the corporation, to execute and verify such Petition and to cause the same to be filed with the United States Bankruptcy Court, Central District of California or such other venue as may be appropriate.

FURTHER RESOLVED that, the President of this corporation, and/or other officers of the Debtor be and they are hereby authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary and proper in connection with such proceedings under said Chapter 11 and in that connection to retain and employ all assistance by legal counsel or otherwise which he may deem necessary and proper with a view to the successful termination of such proceedings.

FURTHER RESOLVED that, the firm of LESLIE COHEN LAW, PC, be and it hereby is retained as attorneys for the corporation in connection with the consulting, preparation, negotiating and institution of and maintaining of such proceedings.

DATED 4-20-10

Phil Bauer
President

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Leslie A. Cohen (SBN 93698)<br>LESLIE COHEN LAW, PC<br>506 Santa Monica Blvd. Suite 200<br>Santa Monica, CA 90401<br>Telephone: 310.394.5900<br>Facsimile: 310.394.9280<br>☒ *Attorney for:* Phillips Cattle Company Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Phillips Cattle Company Inc.<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER: 11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Phil Bauer_____, the undersigned in the above-captioned case, hereby declare
(Print Name of Attorney or Declarant)
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the debtor corporation
    ☐ I am a party to an adversary proceeding
    ☐ I am a party to a contested matter
    ☐ I am the attorney for the debtor corporation

2. a. ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
    Phillip Himmelfarb Trust - 100%
    *[For additional names, attach an addendum to this form.]*

   b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____    4-20-10_____
Signature of Attorney or Declarant    Date

Phil Bauer, President_____
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
April 2007

American LegalNet, Inc.
www.FormsWorkflow.com