1  Leslie A. Cohen, Esq. (SBN: 93698)
   leslie@lesliecohenlaw.com
2  J'aime K. Williams Esq. (SBN 261148)
   jaime@lesliecohenlaw.com
3  LESLIE COHEN LAW, PC
   506 Santa Monica Blvd., Suite 200
4  Santa Monica, CA 90401
   Telephone:  (310) 394-5900
5  Facsimile:  (310) 394-9280

6
   Attorneys for Debtor in Possession
7

8
                    UNITED STATES BANKRUPTCY COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10
                         LOS ANGELES DIVISION
11

12  In re                          )   Case No. 2:10-bk-25276-BB
                                   )
13  PHILLIPS CATTLE COMPANY, INC.. )   Chapter 11
                                   )
14                                 )   **CHAPTER 11 CASE STATUS REPORT;**
           Debtor and              )   **DECLARATION OF PHILIP E. BAUER**
15         Debtor in Possession    )
                                   )   Date: August 4, 2010
16                                 )   Time: 10:00 a.m.
                                   )   Place: Courtroom 1475
17                                 )
                                   )
18                                 )
                                   )
19

20

21  TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF

22  THE U.S. TRUSTEE; THE 20 LARGEST UNSECURED CREDITORS; SECURED CREDITORS AND THEIR

23  COUNSEL; PERSONS REQUESTING SPECIAL NOTICE; AND OTHER PARTIES IN INTEREST:

24        Phillips Cattle Company, Inc. (the "Debtor"), debtor and debtor–in-possession in the above-captioned

25  case, hereby files its Chapter 11 Case Status Report as authenticated by the attached Declaration of Philip E.

26  Bauer, as follows:

27

28

                                      1

**A. <u>Description of the Debtor's business, if any, and the principal assets and liabilities of the estate.</u>**

The Debtor, established in 1968, operates a 100 acre cattle yard and feed mill located in El Centro, California where it processes and sells feed to other cattle dealers, fattens other dealers' livestock, and produces its own livestock for wholesale. The Debtor's clients consist primarily of other livestock owners and commercial packing houses. The Debtor does not retail directly to the public. The Debtor's competitors include other livestock producers such as Brandt Beef.

Philip E. Bauer is the Debtor's president. Jerome Bauer is the Debtor's vice president, secretary, and treasurer. Ross Jenkins, the Debtor's general manager and chief operating officer, runs the day-to-day operations of the Debtor. Denise Matejovsky, the Debtor's controller, maintains the Debtor's books and records. Joan Bauer and Sandra Ramalho each own 50% of the Debtor's outstanding common stock.

The Debtor operates the cattle yard on land leased from the Philip Himmelfarb Trust. The Debtor's headquarters is located in Beverly Hills, California in premises leased from Maple Plaza, and its administrative office is located in Imperial, California in premises leased from Western Meat Processors, an affiliated entity. The Debtor currently employs approximately 29 employees.

The Debtor currently has current assets of approximately $8 million which consists primarily of receivables, inventory, and cash on hand. The Debtor currently has liabilities of approximately $19.8 million which consists primarily of notes payable to Wells Fargo Bank ("Wells Fargo").

**B. <u>Events Precipitating the Petition for Relief</u>**

The Debtor's financial difficulties were primarily caused by its being defrauded in late 2009 by a large customer, Dwight Mebane ("Mebane"). Previously, the Debtor and Mebane had engaged in business dealings where the Debtor would finance Mebane's purchase of cattle that would initially be placed in Mebane's pastures until the cattle reached a certain weight. Thereafter, the cattle would be transferred to the Debtor's yard for further feeding until sold to packing houses. Once sold, the Debtor would remit the sale proceeds to Mebane, less the amount loaned to Mebane and less the amounts due the Debtor for feed provided. Over the period November 2004 to June 2009, the Debtor loaned $11 million in proceeds from a revolving line of credit from Wells Fargo Bank to Mebane to finance Mebane's purported purchase of 20,000 head of cattle. In one of Wells Fargo's biennial appraisals of the Debtor's assets in about October 2009,

1  Wells Fargo's appraiser inspected Mebane's pasture in Woody, California and indicated that 5,000 of
2  Mebane's Debtor financed cattle was located there.  After Mebane failed to transfer his cattle to the Debtor for
3  final feeding, the Debtor investigated Mebane's pastures and found none of the supposed 20,000 cattle
4  purchased with the $11 million provided by the Debtor.   The 5,000 cattle Wells Fargo's appraiser indicated he
5  had observed at Mebane's pasture did not bear Phillips' brand and in fact belonged to a third party.  In
6  November 2009, Mebane filed a chapter 11 case that is pending before the U.S. Bankruptcy Court for the
7  Eastern District of California, case no. 09-61122-A-11. Mebane's bankruptcy case has now been dismissed.
8  Mebane's fraud has caused the Debtor at least $11 million in losses and has harmed its business.

9      C.  <u>Debtor's Intent For This Ch. 11 Case</u>

10        It is Debtor's objective to reorganize under chapter 11 as quickly as possible, and emerge from the
11  protection of the Bankruptcy Code with these debts restructured.

12     D.  <u>Principle Disputes or Problems Likely Encountered During Reorganization</u>

13        The principle issues to be resolved in this bankruptcy case are 1) the treatment of Wells Fargo's
14  secured claim and 2) addressing Debtor's potential recovery from Dwight Mebane.

15     E.  <u>Recommended Resolution of Anticipated Disputes or Problems</u>

16        Debtor submits that the best method to resolve the issues surrounding Wells Fargo's claim is through
17  continued negotiations and settlements efforts, as are currently in progress.  As of this filing of this report,
18  Debtor has presented Wells Fargo with a long term proposal that will form the foundation of Debtor's
19  reorganization and satisfy Wells Fargo's claim.  Debtor and Wells Fargo are negotiating on this proposal, and
20  Debtor anticipates that an agreement will be reached in near future, quite possibly before the Status Hearing
21  on August 4, 2010.

22        With regard to claims against Dwight Mebane, now that Mebane's bankruptcy case has been
23  dismissed, the Debtor is in the process of determining a course of action for recovering its claims. .

24     F.  <u>Compliance With 11 U.S.C. §521, §1107 and UST Guidelines</u>

25  Debtor has used its best efforts to comply with all UST Guidelines.  At this time, Debtor has timely
26  provided the Trustee with the 7-Day Package, and timely provided its Monthly Operating Reports for April
27  2010 and June 2010.

28

G.  **Debtor's Cash Collateral**

Wells Fargo asserts an interest in Debtor's cash collateral. Wells Fargo and the Debtor have entered into a series of court approved situations to permit the Debtor's use of cash collateral based upon prepared budgets. The next hearing on cash collateral is scheduled for August 4, 2010.

H.  **Professionals**

  i.  Bankruptcy Counsel - On April 26, 2010, the Debtor filed its Application to Employ Leslie Cohen Law PC as bankruptcy counsel. The Court entered an order approving this employment on May 13, 2010. .

  ii.  Special Counsel – the Debtor intends filed an application to employ Scott Belden, Esq. as special counsel to continue to handle the creditor's claim in the Mebane bankruptcy case in the Eastern District of California as he did pre-petition. Following the dismissal of the Mebane Bankruptcy, Debtor and Wells Fargo have reached an agreement regarding the withdrawal of the application to employ Mr. Belden, and stipulation will be filed shortly. The Debtor is also conferring with other potential special counsel candidates as it determines the best course of action for pursuing its claims against Mebane.

  iii.  Accountants – the Debtor also anticipates that it may need to hire accountants to assist in financial and tax matters relative to this case at a future date.

I.  **Evidence of Projected Income and Expenses for First 6 Months of Case**

The Debtors operating projections through August 7, 2010 were submitted in connection with the Stipulation to Continue Status Hearing and Hearing On Use of Cash Collateral filed June 17, 2010. A copy of those projections is attached hereto as Exhibit A. The Debtor has also prepared a projected monthly budget through September 2010 which reflects Debtor's anticipated increase in profitability due to an influx of third-party cattle. A copy of these projections is attached hereto as Exhibit B. .

J.  **Proposed Deadlines for Filing and Objecting to Claims**

On June 17, 2010, the Court set a claims bar date of September 17, 2010. The Debtor served a Notice of Claims Bar Date on all creditors and interested parties on June 24, 2010.

**K. <u>Proposed Deadline For Filing of Plan and Disclosure Statement</u>**

Debtor's exclusive period to file its Chapter 11 plan expires on August 18, 2010. Debtor anticipates filing its Plan and Disclosure Statement prior to August 18, 2010; however Debtor reserves the right to request its exclusivity period be extended.

**L. <u>Unexpired Leases and Executory Contracts and Debtor's Intentions</u>**

Debtor has numerous executory contracts pertaining to the operation of its business, including various yard rental contracts and service contracts. Debtor intends to assume these contracts.

Respectfully submitted,

DATED: July 23, 2010                                LESLIE COHEN LAW, PC



                                                    ____*/s/ Leslie A. Cohen*_____
                                                    Leslie A. Cohen
                                                    Attorneys for Debtor and Debtor in Possession

## DECLARATION OF PHILIP E BAUER

I, PHILIP E. BAUER, declare as follows:

1. I am over 18 years of age. I am President of Phillips Cattle Company, Inc., the Debtor and Debtor in Possession in the above-captioned bankruptcy case. Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. The Debtor, established in 1968, operates a 100 acre cattle yard and feed mill located in El Centro, California where it processes and sells feed to other cattle dealers, fattens other dealers' livestock, and produces its own livestock for wholesale. The Debtor's clients consist primarily of other livestock owners and commercial packing houses. The Debtor does not retail directly to the public. The Debtor's competitors include other livestock producers such as Brandt Beef.

3. I am the Debtor's president. Jerome Bauer is the Debtor's vice president, secretary, and treasurer. Ross Jenkins, the Debtor's general manager and chief operating officer, runs the day-to-day operations of the Debtor. Denise Matejovsky, the Debtor's controller, maintains the Debtor's books and records. Joan Bauer and Sandra Ramalho each own 50% of the Debtor's outstanding common stock.

4. The Debtor operates the cattle yard on land leased from the Philip Himmelfarb Trust. The Debtor's headquarters is located in Beverly Hills, California in premises leased from Maple Plaza, and its administrative office is located in Imperial, California in premises leased from Western Meat Processors, an affiliated entity. The Debtor currently employs approximately 29 employees.

5. The Debtor currently has current assets of approximately $8 million which consists primarily of receivables, inventory, and cash on hand. The Debtor currently has liabilities of approximately $19.8 million which consists primarily of notes payable to Wells Fargo Bank ("Wells Fargo").

6. The Debtor's financial difficulties were primarily caused by its being defrauded in late 2009 by a large customer, Dwight Mebane ("Mebane"). Previously, the Debtor and Mebane had engaged in business dealings where the Debtor would finance Mebane's purchase of cattle that would initially be placed in Mebane's pastures until the cattle reached a certain weight. Thereafter, the cattle would be transferred to the Debtor's yard for further feeding until sold to packing houses. Once sold, the Debtor would remit the sale proceeds to Mebane, less the amount loaned to Mebane and less the amounts due the Debtor for feed

provided. Over the period November 2004 to June 2009, the Debtor loaned $11 million in proceeds from a revolving line of credit from Wells Fargo Bank to Mebane to finance Mebane's purported purchase of 20,000 head of cattle. In one of Wells Fargo's biennial appraisals of the Debtor's assets in about October 2009, Wells Fargo's appraiser inspected Mebane's pasture in Woody, California and indicated that 5,000 of Mebane's Debtor financed cattle was located there. After Mebane failed to transfer his cattle to the Debtor for final feeding, the Debtor investigated Mebane's pastures and found none of the supposed 20,000 cattle purchased with the $11 million provided by the Debtor. The 5,000 cattle Wells Fargo's appraiser indicated he had observed at Mebane's pasture did not bear Phillips' brand and in fact belonged to a third party. In November 2009, Mebane filed a chapter 11 case that is pending before the U.S. Bankruptcy Court for the Eastern District of California, case no. 09-61122-A-11. Mebane's bankruptcy case has now been dismissed. Mebane's fraud has caused the Debtor at least $11 million in losses and has harmed its business.

7. It is Debtor's objective to reorganize under chapter 11 as quickly as possible, and emerge from the protection of the Bankruptcy Code with these debts restructured.

8. The principle issues to be resolved in this bankruptcy case are 1) the treatment of Wells Fargo's secured claim and 2) addressing Debtor's potential recovery from Dwight Mebane.

Debtor submits that the best method to resolve the issues surrounding Wells Fargo's claim is through continued negotiations and settlements efforts, as are currently in progress. As of this filing of this report, Debtor has presented Wells Fargo with a long term proposal that will form the foundation of Debtor's reorganization and satisfy Wells Fargo's claim. Debtor and Wells Fargo are negotiating on this proposal, and Debtor anticipates that an agreement will be reached in near future, quite possibly before the Status Hearing on August 4, 2010.

9. With regard to claims against Dwight Mebane, now that Mebane's bankruptcy case has been dismissed, the Debtor is in the process of determining a course of action for recovering its claims.

10. Debtor has used its best efforts to comply with all UST Guidelines. At this time, Debtor has timely provided the Trustee with the 7-Day Package, and timely provided its Monthly Operating Reports for April 2010 and June 2010.

11. Wells Fargo claims an interest in Debtor's cash collateral. Wells Fargo and the Debtor have entered into a series of court approved situations to permit the Debtor's use of cash collateral based upon prepared budgets. The next hearing on cash collateral is scheduled for August 4, 2010.

12. Bankruptcy Counsel - On April 26, 2010, the Debtor filed its Application to Employ Leslie Cohen Law PC as bankruptcy counsel. The Court entered an order approving this employment on May 13, 2010. .

13. Special Counsel – the Debtor intends filed an application to employ Scott Belden, Esq. as special counsel to continue to handle the creditor's claim in the Mebane bankruptcy case in the Eastern District of California as he did pre-petition. Following the dismissal of the Mebane Bankruptcy, Debtor and Wells Fargo have reached an agreement regarding the withdrawal of the application to employ Mr. Belden, and stipulation will be filed shortly. The Debtor is also conferring with other potential special counsel candidates as it determines the best course of action for pursuing its claims against Mebane.

14. The Debtor also anticipates that it may need to hire accountants to assist in financial and tax matters relative to this case at a future date.

15. The Debtors operating projections through August 7, 2010 were submitted in connection with the Stipulation to Continue Status Hearing and Hearing On Use of Cash Collateral filed June 17, 2010. A copy of those projections is attached hereto as Exhibit A. The Debtor has also prepared a projected monthly budget through September 2010 which reflects Debtor's anticipated increase in profitability due to an influx of third-party cattle. A copy of these projections is attached hereto as Exhibit B. .

16. On June 17, 2010, the Court set a claims bar date of September 17, 2010. The Debtor served a Notice of Claims Bar Date on all creditors and interested parties on June 24, 2010. .

17. Debtor's exclusive period to file its Chapter 11 plan expires on August 18, 2010. Debtor anticipates filing its Plan and Disclosure Statement prior to August 18, 2010; however Debtor reserves the right to request its exclusivity period be extended.

18. Debtor has numerous executory contracts pertaining to the operation of its business, including various yard rental contracts and service contracts. Debtor intends to assume these contracts.

///

///

///

1 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is
2 | true and correct.
3 |     Executed this 23rd day of July 2010, at Beverly Hills, California.

                                                        */s/ Philip E. Bauer*
                                                        PHILIP E. BAUER

# **EXHIBIT A**

**PROJECTED CASH FLOW THROUGH AUGUST 7, 2010**

| | june 6-june12 | june13-june19 | June20-june26 | june27-july3 | july4-july10 | july 11-july17 | july 18-july 24 | july 25-july 31 | aug 1 - aug 7 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| **Estimated Cash Flow In:** | | | | | | | | | | |
| est # head in yard -phillips end of wk | 2371.5 | 2371.5 | 2189.5 | 2109.5 | 2030 | 1950 | 1950 | 1950 | 1950 | |
| # head @ $.80 @ 1300# | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Balance from previous week | $1,686,519.86 | $2,435,547.93 | $2,410,097.93 | $2,824,636.23 | $2,731,436.23 | $2,573,236.23 | $2,485,036.23 | $2,637,574.53 | $2,396,674.53 | |
| **Cash flow In** | | | | | | | | | | |
| PCC CATTLE | $732,754.01 | $ - | $182,000.00 | $80,000.00 | $79,500.00 | $80,000.00 | $ - | $ - | $ - | $1,154,254.01 |
| CUSTOMER CATTLE | $175,479.91 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $175,479.91 |
| TOWER(RENT) | | | $ - | $1,000.00 | | | $ - | $1,000.00 | | $2,000.00 |
| CUSTOMER FEEDBILLS | $46,244.15 | $120,000.00 | $500,000.00 | $ - | $ - | $ - | $600,000.00 | $ - | $ - | $1,266,244.15 |
| | | | | | | | | | | |
| Total In Cash Flow: | $2,640,997.93 | $2,555,547.93 | $3,092,097.93 | $2,905,636.23 | $2,810,936.23 | $2,653,236.23 | $3,085,036.23 | $2,638,574.53 | $2,396,674.53 | $24,778,737.77 |
| | | | | | | | | | | |
| **Estimated Cash Flow Out:** | | | | | | | | | | |
| | | | | | | | | | | |
| Labor | $46,000.00 | $ - | $46,000.00 | $ - | $48,000.00 | $ - | $ - | $48,000.00 | $ - | $188,000.00 |
| **Feed:** | | | | | | | | | | |
| Baker | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $35,000.00 | $315,000.00 |
| Westway | $14,000.00 | $14,000.00 | $14,000.00 | $14,000.00 | $18,000.00 | $14,000.00 | $18,000.00 | $20,000.00 | $14,000.00 | $140,000.00 |
| AFI | $75,000.00 | $75,000.00 | $75,000.00 | $75,000.00 | $100,000.00 | $100,000.00 | $300,000.00 | $100,000.00 | $100,000.00 | $1,000,000.00 |
| hay | | | | | | | | | $10,000.00 | $10,000.00 |
| Micro Beef | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $90,000.00 |
| freight-hank gorham & lopez | | $2,000.00 | | $2,000.00 | | | | $1,700.00 | | $5,700.00 |
| Bank Charges | | | | $500.00 | | | | | | $500.00 |
| Owen Rogers(accountant) | | | | $3,500.00 | | | | $2,000.00 | | $5,500.00 |
| Utilities | $500.00 | $500.00 | $10,000.00 | $3,000.00 | $500.00 | $500.00 | $10,000.00 | $3,000.00 | $500.00 | $28,500.00 |
| Repairs & Maintenance & Supplies | $2,000.00 | $2,000.00 | $2,000.00 | $12,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $12,000.00 | $2,000.00 | $38,000.00 |
| License & Permits | $1,500.00 | $1,500.00 | $3,500.00 | $3,500.00 | $2,500.00 | $1,000.00 | $1,000.00 | $2,500.00 | $1,500.00 | $18,500.00 |
| **Health Insurance:** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Phil Bauer | $ - | $ - | $778.80 | | $ - | $ - | $778.80 | | $ - | $1,557.60 |
| Jerome Bauer | $ - | $ - | $691.00 | | | | $691.00 | | | $1,382.00 |
| Outside Employees | $ - | $ - | $2,010.00 | | $ - | $ - | $2,010.00 | | $ - | $4,020.00 |
| Management | $ - | $ - | $4,970.82 | | $ - | $ - | $4,970.82 | | $ - | $9,941.64 |
| Uniforms | $ - | $ - | $1,090.00 | $ - | $ - | $ - | $1,090.00 | $ - | | $2,180.00 |
| Sanitation | $ - | $ - | $890.00 | | | | $890.00 | | $ - | $1,780.00 |
| Environmental Compliance | $ - | $ - | $900.00 | | $ - | $ - | $900.00 | | $ - | $1,800.00 |
| beckett consulting | $ - | $ - | $1,200.00 | | $ - | $ - | $1,200.00 | | $ - | $2,400.00 |
| Fuel | $18,000.00 | $2,000.00 | $10,000.00 | $4,000.00 | $18,000.00 | $2,000.00 | $10,000.00 | $4,000.00 | $18,000.00 | $86,000.00 |
| Workmans Comp | $ - | $ - | $6,500.00 | $ - | $ - | $ - | $6,500.00 | $ - | | $13,000.00 |
| Taxes & Licenses | $250.00 | $250.00 | $1,000.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $250.00 | $4,250.00 |
| Walco-Medicine(micro,vet | $3,000.00 | $3,000.00 | $18,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $18,000.00 | $3,000.00 | $3,000.00 | $57,000.00 |
| Stock Water | $ - | $ - | $1,500.00 | $ - | $ - | $ - | $1,500.00 | $ - | $ - | $3,000.00 |
| Telephone | $ - | $ - | $1,500.00 | $ - | $ - | $ - | $1,500.00 | $ - | $ - | $3,000.00 |
| Tonage Tax(state)food & agriculture | | | $ - | $8,000.00 | | | | | | $8,000.00 |
| DTN & cattle fax | $ - | $ - | $1,120.00 | $ - | $ - | $ - | $1,120.00 | $ - | $ - | $2,240.00 |
| Office | $100.00 | $100.00 | $730.00 | $100.00 | $100.00 | $100.00 | $730.00 | $100.00 | $100.00 | $2,160.00 |
| Postage | $100.00 | $100.00 | $300.00 | $100.00 | $100.00 | $100.00 | $300.00 | $100.00 | $100.00 | $1,300.00 |
| **Rent** | | | | | | | | | | $ - |
| LA Office | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Imperial Office | $ - | $ - | $1,500.00 | | $ - | $ - | $1,500.00 | | $ - | $3,000.00 |
| PHI Yard | $ - | $ - | $3,500.00 | $ - | $ - | $ - | $3,500.00 | $ - | $ - | $7,000.00 |
| McCabe | $ - | $ - | $2,500.00 | | $ - | $ - | $2,500.00 | | $ - | $5,000.00 |
| Jackson | | | $2,500.00 | | | | $2,500.00 | | | $5,000.00 |
| BMW Lease | $ - | $ - | $830.08 | $ - | $ - | $ - | $830.08 | $ - | $ - | $1,660.16 |
| Tahoe Payment | $ - | $ - | $831.00 | $ - | $ - | $ - | $831.00 | $ - | $ - | $1,662.00 |
| Indian Ink -freightliner and feed truck | $ - | $ - | $1,800.00 | $ - | $ - | $ - | $1,800.00 | $ - | $ - | $3,600.00 |
| Trustee | | | $5,000.00 | | | | $5,000.00 | | | |
| Insurance-Ruiz | | | $320.00 | | | | $320.00 | | | $640.00 |
| Liability Insurance | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Estimated Cash Flow Out | $205,450.00 | $145,450.00 | $267,461.70 | $174,200.00 | $237,700.00 | $168,200.00 | $447,461.70 | $241,900.00 | $194,450.00 | |
| | | | | | | | | | | |
| Difference: | $2,435,547.93 | $2,410,097.93 | $2,824,636.23 | $2,731,436.23 | $2,573,236.23 | $2,485,036.23 | $2,637,574.53 | $2,396,674.53 | $2,202,224.53 | |

# **EXHIBIT B**

Case 2:10-bk-25276-BB    Doc 86    Filed 07/23/10    Entered 07/23/10 16:16:24    Desc
Main Document    Page 12 of 15

**PHILLIPS CATTLE COMPANY**

## PCC Projected Budget - Updated 7/1/10

|  | head ct | | | |
|---|---:|---:|---:|---:|
|  | 11000 | 11950 | 12250 | 13700 |
|  | **JUNE 10** | **JULY 10** | **AUG 10** | **SEPT 10** |
| **Ordinary Income/Expense** | | | | |
|   **Income** | | | | |
|     **Milling($40 a ton feed processing)** | 118,800.00 | 140,771.00 | 144,305.00 | 164,400.00 |
|     **Rent(tower co.)** | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
|     **Medicine(30%markup)** | 2,000.00 | 3,000.00 | 4,000.00 | 5,000.00 |
|     **Yardage($.025 a headday)** | 8,250.00 | 8,962.50 | 9,187.50 | 10,275.00 |
|   **Total Income** | 130,050.00 | 153,733.50 | 158,492.50 | 180,675.00 |
|   **Expense** | | | | |
|     **Bank Service Charges** | 620.00 | 620.00 | 620.00 | 620.00 |
|     **BMW Lease** | 807.49 | 807.49 | 807.49 | 807.49 |
|     **Commodity News** | 1,384.32 | 1,384.32 | 1,384.32 | 1,384.32 |
|     **Consulting** | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
|     **Depreciation** | 16,331.00 | 16,331.00 | 16,331.00 | 16,331.00 |
|     **DTN** | 969.32 | 969.32 | 969.32 | 969.32 |
|     **Environmental Compliance** | 900.00 | 900.00 | 900.00 | 900.00 |
|     **Fuel** | 12,000.00 | 13,000.00 | 14,000.00 | 15,000.00 |
|     **Insurance Expense** | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 |
|     **License & Permits** | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
|     **Office Supplies** | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
|     **Payroll Expense** | 78,000.00 | 78,000.00 | 78,000.00 | 78,000.00 |
|     **Postage** | 600.00 | 600.00 | 600.00 | 600.00 |
|     **Professional-Accountant** | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 |
|     **Repairs and Maintenance** | 9,000.00 | 9,000.00 | 9,000.00 | 9,000.00 |
|     **Sanitation** | 905.00 | 905.00 | 905.00 | 905.00 |
|     **Supplies** | 500.00 | 500.00 | 500.00 | 500.00 |
|     **Taxes and License** | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
|     **Telephone Expense** | 2,030.00 | 2,030.00 | 2,030.00 | 2,030.00 |
|     **Trustee** | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
|     **Uniforms** | 700.00 | 700.00 | 700.00 | 700.00 |
|     **Utilities** | 8,500.00 | 8,500.00 | 8,500.00 | 8,500.00 |
|     **Water** | 500.00 | 500.00 | 500.00 | 500.00 |
|     **Yard - Rent** | 9,400.00 | 9,400.00 | 9,400.00 | 9,400.00 |
|   **Total Expense** | 168,347.13 | 169,347.13 | 170,347.13 | 171,347.13 |
| **Net Ordinary Income** | -38,297.13 | -15,613.63 | -11,854.63 | 9,327.87 |
| **Net Income** | **-38,297.13** | **-15,613.63** | **-11,854.63** | **9,327.87** |
| ***Net Income without depreciation** | **-21,966.13** | **717.37** | **4,476.37** | **25,658.87** |

**Notice: The 15000 head commitment. We have a number of customers waiting to place cattle with us with their own financing, however, we just cannot buy the cattle to work at a breakeven that would have a profit.**

***Depreciation is include in this report but is not an out-of-pocket expense**

*****These numbers subject to chans as head count may continue to increase**

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 501 Santa Monica Blvd. Ste. 700, Santa Monica, California 90401. On July 23, 2010, I served the within document(s) described as:

### CHAPTER 11 CASE STATUS REPORT

on the interested parties in this action as stated on the attached mailing list.

☒ (BY MAIL) By placing true copies of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

☐ (BY EXPRESS MAIL) By placing true copies of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and overnight mailing following ordinary business practices. I am readily familiar with this firm's practice for collection and processing of Express Mail to be sent overnight by the U.S. Postal Service. Under that practice, it would be deposited on that same day in the ordinary course of business, with Express Mail postage thereon fully prepaid, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the U.S. Postal Service for receipt of Express Mail.

☐ (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, true copies of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth on the attached mailing list, with fees for overnight delivery paid or provided for.

☐ (BY FAX) By transmitting a true copy of the foregoing document(s) via facsimile transmission from this firm's facsimile machine, to each interested party at the facsimile machine telephone number(s) set forth on the attached mailing list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this firm's sending facsimile machine. Each such transmission was reported as complete and without error and a transmission report was properly issued by this firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

☒ (BY E-MAIL) By transmitting true copies of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 23, 2010, at Santa Monica, California.

| J'aime Williams | /S/ J'aime Williams |
|---|---|
| (Type or print name) | (Signature) |

10

# SERVICE LIST

**BY ELECTRONIC NOTICE**
　　　Russell Clementson russell.clementson@usdoj.gov
　　　Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
　　　United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
　　　Justin E Rawlins jrawlins@winston.com, docketla@winston.comgov

**By Mail:**

| | | |
|---|---|---|
| Hon. Judge Sheri Bluebond<br>U.S. Bankruptcy Court<br>255 E. Temple Street, Suite 1482<br>Los Angeles, CA 90012 | Danielle Deutschman<br>1061 Villa View Drive<br>Pacific Palisades, CA 90272<br>**20 Largest Unsecured** | Phillips Himmelfarb Trust<br>Attn Phil Bauer<br>345 N. Maple Dr., Ste 296<br>Beverly Hills, CA 90210<br>**20 Largest Unsecured** |
| Phillips Cattle Company, Inc.<br>345 N. Maple Drive, Suite 296<br>Beverly Hills, CA 90210 | Eleanor Bauer Estate<br>Attn Judy Coulton<br>5112 Lakeside Drive<br>Palm Springs, CA 92264<br>**20 Largest Unsecured** | Robert and Ellen Deutschman Family Trust<br>Attn Robert Deutschman<br>1061 Villa View Drive<br>Pacific Palisades, CA 90272<br>**20 Largest Unsecured** |
| Russell Clementson<br>Office of United States Trustee<br>725 South Figueroa Street, 26th Fl.<br>Los Angeles, CA 90017 | Joan Bauer Estate Trust<br>345 N. Maple Dr., Ste 296<br>Beverly Hills, CA 90210<br>**20 Largest Unsecured** | |
| Bauer Family Trust<br>Attn: Phil Bauer<br>345 N. Maple Dr., Ste 296<br>Beverly Hills, CA 90210<br>**20 Largest Unsecured** | Judy Coulton<br>5112 Lakeside Drive<br>Palm Springs, CA 92264<br>**20 Largest Unsecured** | Ruth Himmelfarb Great Grandchildren Trust<br>Attn: Phil Bauer<br>345 N. Maple Dr., Ste 296<br>Beverly Hills, CA 90210<br>**20 Largest Unsecured** |
| Bauer Family Trust<br>Joan Bauer Farm Account<br>Attn: Joan Bauer<br>345 N. Maple Dr., Ste 296<br>Beverly Hills, CA 90210<br>**20 Largest Unsecured** | Phillip Himmelfarb Testamentory Trust<br>FBO Joan Bauer<br>345 N. Maple Dr., Ste 296<br>Beverly Hills, CA 90210<br>**20 Largest Unsecured** | Sandra B Ramalho Trust<br>PO Box 477<br>Carpinteria, CA 93013<br>**20 Largest Unsecured** |
| Beth Alexander<br>1530 5th Street #409<br>Santa Monica, CA 90401<br>**20 Largest Unsecured** | Phillip Himmelfarb Testamentory Trust<br>Attn Sandra Ramalho<br>345 N. Maple Dr., Ste 296<br>Beverly Hills, CA 90210<br>**20 Largest Unsecured** | Stacy Bauer<br>345 N. Maple Dr., Ste 296<br>Beverly Hills, CA 90210<br>**20 Largest Unsecured** |

**BY EMAIL:**

| | | |
|---|---|---|
| CJ Cattle Co.<br>Attn: Charles Johnson<br>c.johnson@ejgd.com<br>**20 Largest Unsecured** | Wells Fargo Bank<br>Attn: Brian Carrico/Ron Hart<br>carricob@wellsfargo.com<br>hartr@wellsfargo.com<br>**Secured and 20 Largest Unsecured** | Wells Fargo<br>c/o Randy Rogers<br>rrogers@winston.com<br>**Secured and 20 Largest Unsecured** |
| Jenny Krashin<br>c/o Addrienne Krashin<br>Biga3@cox.net<br>Jbk5@cox.net<br>**20 Largest Unsecured** | Western Meats DBA Agri Feed Industries<br>Attn Phil Bauer<br>Pbauer1931@aol.com<br>**20 Largest Unsecured** | Nationwide Agribusiness<br>Attn Allen Tyler<br>atyler@tylerins.co<br>**20 Largest Unsecured** |
| Jerome Bauer<br>Jcb90064@sbcglobal.net<br>**20 Largest Unsecured** | | |